592

164 A.3d 393

FREDERICK J. NAHAS, M.D., PLAINTIFF–PETITIONER, v. SHORE MEMORIAL HOSPITAL, DEFENDANT–RESPONDENT, AND ALBERT GUTIERREZ, DR. STEPHEN GOSIN, DR. JEFFREY GOSIN, DR. LEONARD GALLER, DR. JAMES JUNGBLUT, AND RICHARD MENGHETTI, DEFENDANTS.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004638–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

164 A.3d 394

DOMINIC PENNA, APPELLANT–PETITIONER, v. BOARD OF TRUSTEES, POLICE AND FIREMEN'S RETIREMENT SYSTEM, RESPONDENT–RESPONDENT.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004506–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.